UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------X
ERIC KEMMO,

             Plaintiff,                     Case No.:

        -against-                  **<u>NOTICE OF REMOVAL</u>**

 ISLAND TRANSPORTATION CORP.,

             Defendant.
    --------------------------------------------------X

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

    **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§1331, 1441, and 1446, and without waiving any rights or defenses or admitting any allegations in Plaintiff's Complaint, Defendant Island Transportation Corp. ("Defendant") hereby removes this action from the Superior Court of New Jersey, Essex County, Docket No. ESXL 008965-25, where it is now pending, to the United States District Court for the District of New Jersey.  In support of this Notice of Removal, Defendant respectfully avers as follows:

    1.     On or about November 21, 2025, Plaintiff, Eric Kemmo ("Plaintiff") commenced this action in the Superior Court of New Jersey, Essex County against Defendant, alleging, *inter alia*, violations of Title VII of the Civil Rights Act of 1964.  A true and correct copy of the Summons and Complaint is annexed hereto as **Exhibit A**.

    2.     Defendant received a copy of the Summons and Complaint on November 25, 2025.

    3.     This Court has original subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 because the Superior Court of New Jersey, Essex County action arises under the laws of the United States.

4. Indeed, on the face of the Complaint, Plaintiff expressly alleges claims of employment discrimination and retaliation under Title VII of the Civil Rights Act of 1964, as amended, including allegations that Plaintiff was discriminated against based on race and retaliated against for engaging in protected activity. Plaintiff further alleges that he filed federal charges with the EEOC.

5. Because Plaintiff's claims arise under federal law, this action is removable under 28 U.S.C. § 1441(a).

6. To the extent Plaintiff asserts related state-law claims (including claims under the New Jersey Law Against Discrimination or common law), this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because such claims form part of the same case or controversy as the federal claims.

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is filed within 30 days of Defendant's receipt of the Summons and Complaint.

8. A copy of this Notice of Removal is being filed with the Clerk of the Court of Superior Court of New Jersey, Essex County, and a written notice of the same is being provided to Plaintiff, pursuant to 28 U.S.C. § 1446(d).

9. Defendant expressly reserves all rights, defenses, objections, and arguments, including but not limited to motions under Rules 12(b) and 56, and does not waive any defenses by removing this action.

**WHEREFORE**, Defendant respectfully requests that the above-captioned action now pending in the Superior Court of New Jersey, Essex County be removed to the United States District Court for the District of New Jersey.

Dated: Lake Success, NY
December 16, 2025

**MILMAN LABUDA LAW GROUP PLLC**

By: /s/ Michael Mulè, Esq.
Michael Mulè, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
michaelmule@mllaborlaw.com
Attorneys for Defendant

VIA FIRST CLASS MAIL
Eric Kemmo
261 South Orange Ave.
Newark, NJ 07103

3