**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

----------------------------------------------------------x

**ERIC KEMMO,**

        **Plaintiff,**

    **-against-**

**ISLAND TRANSPORTATION CORP.,**

        **Defendant.**

----------------------------------------------------------x

**Case No.  2:25-cv-18693-EP-MAH**

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that MICHAEL C. MULÈ, ESQ., upon the declarations of MICHAEL C. MULÈ, ESQ and JAMIE S. FELSEN, ESQ., will move this Honorable Court at the courthouse thereof located at 50 Walnut Street, Newark, NJ 07102 on January 12, 2026, or as soon thereafter as counsel may be heard, for an Order granting permission for JAMIE S. FELSEN, ESQ. to appear and participate in the above-referenced matter as counsel for Defendant ISLAND TRANSPORTATION CORP. Pro Hac Vice pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey.

Dated: Lake Success, NY
      December 17, 2025

                      MILMAN LABUDA LAW GROUP PLLC

                      By: /s/ *Michael C. Mulè, Esq.*
                      Michael C. Mulè, Esq.
                      Milman Labuda Law Group PLLC
                      Attorney for Defendant Island Transportation Corp.
                      3000 Marcus Avenue, Suite 3W8
                      Lake Success, NY 11042
                      (516) 328-8899

To:    Eric Kemmo, pro se Plaintiff
       261 South Orange Ave.
       Newark, NJ 07103