UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x     Case No.  2:25-cv-18693-EP-MAH
ERIC KEMMO,

               **Plaintiff,**     **DECLARATION OF MICHAEL
MULÈ IN SUPPORT OF**
      **-against-**     **MOTION PRO HAC VICE**

ISLAND TRANSPORTATION CORP.,

             **Defendant.**
-----------------------------------------------------------x

      **MICHAEL MULÈ**, an attorney admitted to this Court, declares pursuant to 28 U.S.C.

§ 1746 and subject to the penalties of perjury that the following is true and correct:

      1.     This Declaration is respectfully offered in support of your deponent's motion

pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of

New Jersey for Jamie S. Felsen, Esq. to appear and practice *Pro Hac Vice* in the above referenced

matter.

      2.     Your deponent is an attorney and counselor at law duly admitted to practice before

this Court.

      3.     I am a partner with Milman Labuda Law Group PLLC, and I have appeared in this

action for Defendant.

      4.     Jamie S. Felsen is also a partner with Milman Labuda Law Group PLLC.

      5.     Mr. Felsen specializes in labor and employment law.

      6.     A copy of Mr. Felsen's declaration in compliance with Local Civil Rule 101.1(c)

is annexed hereto.

      7.     A copy of the instant motion has been served upon *pro* se Plaintiff, Eric Kemmo.

1

2

WHEREFORE, for all of the reasons set forth above and in the declaration of Jamie S. Felsen, your deponent respectfully moves this Honorable Court for an order permitting Jamie S. Felsen, Esq. to appear as counsel *Pro Hac Vice* on behalf of the Defendant Island Transportation Corp. in the above-captioned matter under such terms and conditions as the Court may deem just and proper.

Dated: December 17, 2025                                        /s/ *Michael C. Mulè*

2