UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------x      Case No.  2:25-cv-18693-EP-MAH
ERIC KEMMO,

                    **Plaintiff,**      DECLARATION OF JAMIE S.
                                                     FELSEN IN SUPPORT OF
                **-against-**      MOTION PRO HAC VICE

ISLAND TRANSPORTATION CORP.,

                   **Defendant.**
----------------------------------------------------------x

      **JAMIE S. FELSEN**, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

      1.      This Declaration is respectfully offered in support of your deponent's motion pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey to appear and practice *Pro Hac Vice* in the above referenced matter.

      2.      Your deponent is an attorney and counselor at law duly admitted to practice before the Courts of the State of New York (2005), the United States District Court for the Southern District of New York (2006), the United States District Court for the Eastern District of New York (2006), United States District Court for the Northern District of New York (2016), the Second Circuit Court of Appeals (2014), Seventh Circuit Court of Appeals (2017), and the United States Supreme Court (2017).

      3.      There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

      4.      The gravamen of the above-captioned matter concerns claims by Plaintiff, a former employee of Defendant, asserting race discrimination and retaliation under Title VII of the Civil Rights Act of 1964.

1

5.      Your deponent is a member of the law firm of Milman Labuda Law Group PLLC, whose principal area of practice is limited to employment law and labor relations.

6.      Through my employment with Milman Labuda Law Group PLLC, I have advised and counseled Defendant in its employment law and labor relations matters for more than fifteen (15) years. In that capacity, Defendant has come to know and trust me.

7.      Accordingly, your deponent is particularly suited to represent the Defendant in this matter by virtue of the trust and confidence reposed in me by Defendant, expertise in the area of law involved, and knowledge of the case at hand.

8.      My firm, Milman Labuda Law Group PLLC, has appeared in this action through Michael C. Mulè, Esq., an attorney and counselor at law duly admitted to practice before the courts of the State of New Jersey.

WHEREFORE, for all of the reasons set forth above, your deponent respectfully moves this Honorable Court for an order permitting JAMIE S. FELSEN, Esq. to appear as counsel *Pro Hac Vice* on behalf of the Defendant Island Transportation Corp. in the above-captioned matter under such terms and conditions as the Court may deem just and proper.

Dated: December 17, 2025                                         /s/ Jamie S. Felsen