**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

----------------------------------------------------------x

**ERIC KEMMO,**

                    **Plaintiff,**

          -against-

**ISLAND TRANSPORTATION CORP.,**

                    **Defendant.**

----------------------------------------------------------x

**Case No.  2:25-cv-18693-EP-MAH**

**ORDER**

This motion filed by MICHAEL C. MULÈ, ESQ., an attorney admitted to this Court, and the attorney of record for Defendant ISLAND TRANSPORTATION CORP. to permit JAMIE S. FELSEN, ESQ., an attorney admitted to the practice of law in the State of New York, to participate with other counsel for Defendant in all phases of the trial, and it appearing that JAMIE S. FELSEN, ESQ. is a licensed attorney in good standing in the State of New York:

It is on this ____ day of _____, 2026, ORDERED that JAMIE S. FELSEN, ESQ., be and hereby is admitted *Pro Hac Vice* and is authorized to appear and participate with other counsel in all phases of the trial, subject to the following conditions:

1.    JAMIE S. FELSEN, ESQ. shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he continues to represent Defendant in this matter pending in this Court; and

2.    JAMIE S. FELSEN, ESQ. shall make a payment of $250.00 to the Clerk, USDC.

A copy of this order shall be served on all parties within seven (7) days of the date hereof.

**SO ORDERED:**

_____