# MILMAN LABUDA LAW GROUP PLLC
### 3000 MARCUS AVENUE
### SUITE 3W8
### LAKE SUCCESS, NY 11042

---

### TELEPHONE (516) 328-8899
### FACSIMILE (516) 328-0082

**Via NYSCEF**

December 17, 2025

Hon. Evelyn Padin, U.S.D.J.
United States District Court District of New Jersey
50 Walnut Street
Newark, NJ 07102

> **Re:    Kemmo v. Island Transportation Corporation**
> **Case No.: 25-cv-18693 (EP)(MAH)**

Dear Judge Padin:

This office represents the Defendant, Island Transportation Corporation in the above-referenced matter.

The Complaint was received by Defendant on or about November 25, 2025 and was removed to this Court today. Defendant respectfully requests an extension of time until January 16, 2026 to respond to the Complaint. We reached out to the *pro se* plaintiff, Eric Kemmo, to request his consent to this request but we were unable to reach him and left him a message.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Michael C. Mulè

cc:    Eric Kemmo
       261 South Orange Ave.
       Newark, NJ 07103

**SO ORDERED**

*s/Michael A. Hammer*

Michael A. Hammer, U.S.M.J.

Date: December 18, 2025